Timothy A. Adams, Bar No. 213896
Drew Massey, Bar No. 244350
**TIMOTHY A. ADAMS AND ASSOCIATES, APLC**
20042 Beach Boulevard
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff,
S.A., a minor child by and through his parent L.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., a minor by and through his parent, L.A. | CASE NO.: 1:10-cv-00347-LJO-SMS |
| Plaintiff, | **ORDER FOR USE OF PSEUDONYMS** |
| vs. | |
| EXETER UNION SCHOOL DISTRICT | |
| Defendant. | |

The Court, having reviewed and considered the foregoing and finding good cause, does hereby **ORDER** that *S.A.* and *L.A.* be **IDENTIFIED BY USE OF THEIR INITIALS** in all documents hereinafter filed with the Court relating to and/or arising from this matter for as long as such documents remain with the Court.

IT IS SO ORDERED.

Dated:  March 11, 2010                    /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

**[PROPOSED] ORDER FOR USE OF PSEUDONYMS**

PDF created with pdfFactory trial version www.pdffactory.com