Timothy A. Adams, Bar No. 213896
Drew Massey, Bar No. 244350
**TIMOTHY A. ADAMS AND ASSOCIATES, APLC**
20042 Beach Boulevard
Huntington Beach, CA 92648
Telephone: (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiff,
S.A., a minor child by and through his parent L.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., a minor by and through his parent, L.A.<br><br>Plaintiff,<br><br>vs.<br><br>EXETER UNION SCHOOL DISTRICT<br><br>Defendant.<br>_____ | CASE NO.: 1:10-cv-00347-LJO-SMS<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**ORDER SEALING DOCUMENT #2** |

The Court, having reviewed and considered the foregoing and finding good cause, does hereby **ORDER** that L.A. is appointed as the Guardian ad Litem for her son, S.A. in the above captioned matter.

The Court further Orders document #2 hereby Ordered SEALED.

IT IS SO ORDERED.

Dated:  March 11, 2010                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

**[PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com